CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7034
Fax: (415) 436-7234
daniel.kassabian@usdoj.gov

Attorneys for United States of America

FILED

09 September 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG PATRICK BURK,<br><br>Defendant. | CASE NO. 3:26-mj-71189 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO FED. R. CRIM. P. (c)(2) AND (3) |

Please take notice pursuant to Fed. R. Crim. P. (c)(2) and (3) that on or about September 8, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon Petition for Warrant or Summons for Offender Under Supervised Release (hereinafter, the "Form 12," copy attached) pending in the Middle District of Florida, Case Number 6:25-cr-00299-CEM-NWH. In that case, pursuant to 18 U.S.C. § 3583(e), the defendant is charged with a violation of his special condition of his supervised release that he report to a residential reentry center.

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

Date: September 9, 2026

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant FID 9734941

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED USMS ORLANDO
2026 SEP 3 PM 1:40

United States of America
v.

Craig Patrick Burt
*Defendant*

Case No. 6:25-cr-299-CEM-NWH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Craig Patrick Burt ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: September 3, 2026

J. Reyes
*Issuing officer's signature*

City and state: Orlando, Florida

J. Reyes- Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

MD/FL 12C
(04/17)

# United States District Court

for

**Middle District of Florida**
**Orlando Division**

**Petition for Warrant or Summons for Offender Under Supervised Release**

Name of Offender: Craig Patrick Burt  Docket Number: 6:25-cr-299-CEM-NWH

Name of Sentencing Judicial Officer: Honorable Thelton E. Henderson
United States District Judge

Date of Original Sentence: September 14, 2015

Original Offense: Count 1: Receipt of Child Pornography; Count 2: Travel with Intent to Engage in Illicit Sexual Conduct

Original Sentence: 127 months imprisonment, followed by a five-year term of Supervised Release. Special conditions imposed are as follows: $200 special assessment, participate in a program of testing and treatment for alcohol abuse; if recommended by the treatment provider, abstain from the use of all alcoholic beverages; not possess or use a computer without the prior approval of probation; enroll in the Probation Office's Computer and Internet Monitoring Program (CIMP) and abide by the requirements of the CIMP program and the Acceptable Use Contract; not access the Internet or any "on-line computer service" at any location without the prior approval of the probation officer; consent to the probation officer conducting periodic unannounced examinations of computer equipment; not possess, in any form, materials depicting child pornography, child erotica, or nude or sexual depictions of any child; or any materials described at 18 U.S.C. § 2256(8); not access, via the Internet or otherwise, any pornography or other materials depicting sexually explicit conduct as defined at 18 U.S.C. § 2256(2), without the prior approval of probation; allow probation to conduct random inspections, including retrieval and copying of data from any computer, telephone, or other internet-connected device that the defendant possesses or has access to, including any internal or external peripherals or electronic storage device; not frequent or loiter within 100 feet of any location where children are likely to gather, or have contact with any child under the age of 18 unless otherwise approved by probation; employment shall be approved by the probation officer, and any change in employment must be pre-approved by probation; residence shall be approved by probation, and any change in residence must be pre-approved by probation; register with the state sex offender registration agency as required by state law; participate in sex offender-specific treatment, as directed by probation; as part of the treatment program, the defendant shall submit to polygraph testing as recommended by the treatment provider; as part of the treatment program, the defendant shall submit to psychological testing as recommended by the treatment provider; submit to a search of his person, residence, office, vehicle, or any property under his control; submit his computer, other electronic communication or data storage devices or media, and effects or any property under his control to a search; cooperate in the collection of DNA as directed by probation; and not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

Date of Revocation: December 22, 2025

Revocation Sentence: Nine months imprisonment, followed by a 4-year term of supervised release. Special conditions imposed are as follows: participate in mental health treatment specializing in sex offender treatment, register with state sexual offender registry, no contact with minors, not possess or view child pornography, not access the internet, and submit to a search.

Offender: Craig Patrick Burt
Docket: 6:25-cr-299-CEM-NWH
Date Prepared: September 3, 2026

Type of Supervision: Supervised Release

Date Supervision Commenced: August 19, 2026 Date Supervision Expires: August 18, 2030

Jurisdiction was transferred to the Honorable Carlos E. Mendoza

---

**PETITIONING THE COURT TO ISSUE A WARRANT**

The probation officer believes that the offender has violated the following condition of supervision:

1. **Failure to report to a Residential Re-entry Center/Residential Re-entry Sanctions Center in violation of the special condition:** On August 25, 2026, the defendant failed to report to the GEO Reentry in San Francisco, California, as ordered.

United States Probation Office Recommendation:

☒ Issuance of a Warrant

☐ Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 3, 2026

*/s/ Christopher Davis*

Christopher Davis
Senior United States Probation Officer